IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GLORIA RODRIGUEZ, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CORUS BANK, N.A.,<br><br>　　　　　Defendant. | Case No.  1:08-cv-02254<br><br>Judge Dow<br><br>Mag. Judge Ashman |

## JOINT STATUS REPORT

1.　　The attorneys of record for each party are:

　　　　Lance Raphael
　　　　The Consumer Advocacy Center, P.C.
　　　　180 West Washington
　　　　Suite 700
　　　　Chicago, IL 60602
　　　　Counsel for the Plaintiff

　　　　James R. Daly
　　　　Matthew E. Szwajkowski
　　　　Jones Day
　　　　77 West Wacker
　　　　Suite 3500
　　　　Chicago, IL 60601
　　　　Counsel for Defendant

2.　　The basis for federal jurisdiction is 15 U.S.C. § 1693 *et seq.*, the Electronic Funds Transfer Act, and 12 C.F.R. § 205.1 *et seq.,* Regulation E.

3.　　Plaintiffs allege that Defendant failed to comply with the notice requirements of 15 U.S.C. § 1693 (b)(d)(3) and 12 C.F.R. § 205.16 (c) when providing ATM services to Plaintiff and all putative class members.

4.　　The principal legal issues are the notice requirements of 15 U.S.C. § 1693 (b)(d)(3) and 12 C.F.R. § 205.16 (c), and issues pertaining to the propriety of class certification under Fed. R. Civ. P. 23.  Additionally, a motion to reassign this case based on relatedness to another pending action in the U.S. District Court for the Northern District of Illinois, *Stone v. Corus, N.A.*, 1:08-cv-01746, was argued on May 22, 2008 and is currently pending before Judge Bucklo.

CHI-1652903v1

5. **Plaintiff's Proposed Pre-trial Schedule.** Plaintiff proposes to the court the following discovery plan:

   a. Discovery will be needed on the following subjects:

   **A) Class certification issues; B) Facts relating to whether or not Defendant violated the Electronic Funds Transfer Act; C) Facts relevant to determining the award of damages, if any, if liability were established; D) Facts relating to Defendant's affirmative defenses**

   b. Disclosures pursuant to Pursuant to FED. R. CIV. 26(a)(1) to be made by **June 13, 2008.**

   **Supplementations under Fed. R. Civ. P. 26(e) due: October 6, 2008**.

   All discovery to be commenced in time to be completed by **October 6, 2008**.

   **The parties should be allowed until September 6, 2008 to amend the pleadings and join additional parties.**

   c. The parties expect they will need approximately **9** depositions**; additional depositions may be necessary based on facts developed during discovery.**

   d. Reports from retained experts under Rule 26(a)(2) due:

   from plaintiff(s) by **November 6, 2008**.
   from defendant(s) by **December 6, 2008**.

   **Depositions of the Plaintiff's retained experts by: December 6, 2008**

   **Depositions of the Defendant's retained experts by: January 6, 2009**

   **Reports of the Parties' Rebuttal Experts by: February 6, 2009**

   **Depositions of the Parties' Rebuttal Experts by: March 6, 2009**

   e. All potentially dispositive motions should be filed by **April 6, 2009**.

   f. Final pretrial order: Plaintiff to prepare proposed draft by **May 6, 2009** parties to file joint final pretrial order by **June 6, 2009. The parties request a pretrial conference on or after June 6, 2009.**

   **Final lists of witnesses and exhibits under Rule 26(a)(3) should be due from the parties by April 6, 2009.**

   g. The case should be ready for trial by **March 2009** and at this time is expected to take approximately **four days**.

6. **Defendant's Proposed Pre-trial Schedule.** Defendant proposes to the court the following discovery plan:

    a.    Discovery will be needed on the following subjects:

        **A) Class certification issues; B) Facts relating to whether or not Defendant violated the Electronic Funds Transfer Act; C) Facts relevant to determining the award of damages, if any, if liability were established; D) Facts relating to Defendant's affirmative defenses**

    b.    Disclosures pursuant to Pursuant to FED. R. CIV. 26(a)(1) to be made by **June 13, 2008.**

        **Supplementations under Fed. R. Civ. P. 26(e) due: September 21, 2008.**

All discovery to be commenced in time to be completed by **September 22, 2008**.

**The parties should be allowed until September 29, 2008 to amend the pleadings and join additional parties.**

    c.    The parties expect they will need approximately **9** depositions**; additional depositions may be necessary based on facts developed during discovery.**

    d.    Reports from retained experts under Rule 26(a)(2) due:

        from plaintiff(s) by **October 20, 2008**.
        from defendant(s) by **November 20, 2008**.

        **Depositions of the Plaintiff's retained experts by: November 5, 2008**

        **Depositions of the Defendant's retained experts by: December 5, 2008**

        **Reports of the Parties' Rebuttal Experts by: December 15, 2008**

        **Depositions of the Parties' Rebuttal Experts by: January 19, 2009**

    e.    All potentially dispositive motions should be filed by **January 29, 2009**.

    f.    Final pretrial order: Plaintiff to prepare proposed draft by **February 5, 2009**; parties to file joint final pretrial order by **February 19, 2009**. **The parties request a pretrial conference on or after February 26, 2009.**

        **Final lists of witnesses and exhibits under Rule 26(a)(3) should be due from the parties by February 26, 2009.**

    g.    The case should be ready for trial by **March 2009** and at this time is expected to take approximately **four days**.

7. The parties request a conference with the Court before entry of the scheduling order.

8. **Settlement.** No settlement discussions on this case have yet occurred.

9. **Consent.** Parties **do not** consent unanimously to proceed before a Magistrate Judge.

Date: June 9, 2008

By: /s/ *Lance Raphael*
Lance Raphael
The Consumer Advocacy Center, P.C.
180 West Washington
Suite 700
Chicago, IL 60602
Counsel for the Plaintiff

/s/ *James R. Daly*
James R. Daly
Matthew E. Szwajkowski
Jones Day
77 West Wacker
Suite 3500
Chicago, IL 60601
Counsel for Defendant

CHI-1652903v1