# United States District Court
# Northern District of Illinois

MHN

In the Matter of

Rodriguez

v.

Corus Bank, N.A.

Case No. 08 C 2254

Designated Magistrate Judge Denlow
~~Martin C. Ashman~~

## FINDING OF RELATEDNESS PURSUANT TO LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **Robert M. Dow Jr.** to be related to **08 C 1746** which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

_____
Judge Elaine E. Bucklo

Dated: August 26, 2008

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **Elaine E. Bucklo**.

### ENTER

FOR THE EXECUTIVE COMMITTEE

_____
Chief Judge James F. Holderman

Dated: 8/26/08

Finding of Relatedness (Rev. 9/99)